NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>        Petitioner,<br>v.<br>GREGORY J. SMITH,<br>        Respondent. | Case No.: 5:18-mc-00002-ODW-KK<br><br>**ORDER TO SHOW CAUSE** |

Upon the Application of the Securities and Exchange Commission (the "Commission") for an order pursuant to pursuant to Section 21(e) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(e)(1), and Section 42(d) of the Investment Company Act of 1940 ("Investment Company Act"), to enforce compliance by Respondent Gregory J. Smith ("Smith") with the Order Instituting Administrative and Cease and Desist Proceedings Pursuant to Sections 15(b) and 21C of Exchange Act and Section 9(b) of the Investment Company, Making Findings, and Imposing Remedial Sanctions and a Cease and desist Order entered on consent against Smith on February 22, 2017, entitled *In the Matter of Gregory*

1

*J. Smith*, Admin. Proc. File No. 3-17657 (February 22, 2017), and it appearing that an Order to Show Cause should issue, it is hereby:

**ORDERED**, that the above-captioned Respondent, Gregory J. Smith, shall appear before this Court in **Courtroom 5D of the Courthouse located at 350 W. 1st Street, Los Angeles, California 90012, on March 12, 2018 at 1:30 p.m.** and show cause why the final Commission order requiring Smith to disgorge $384,712.54 and prejudgment interest of $54,324.22, with interest pursuant to Rule 600 of the Commission's Rules of Practice should not be granted.

**ORDERED** that Petitioner shall personally serve Respondent with this Order, and file a proof of service evidencing the same, on or before **February 12, 2018**.

**FURTHER ORDERED**, that Respondent shall serve and file any opposing papers **by 5:00 p.m. on February 26, 2018**. Service shall be made by (1) physical delivery to Michael Roessner, Securities and Exchange Commission, 100 F Street, Mail Stop 5631, Washington, DC 20549-0022; (2) via e-mail to roessnerm@sec.gov; or (3) the CM/ECF system of this Court.

**FURTHER ORDERED**, that if Respondent serves and files any opposing papers, the Commission may serve and file reply papers **by 5:00 p.m. on March 5, 2018**, and serve such reply papers on Smith by (1) physical delivery to Smith at the address designated in his opposition papers, (2) e-mail to such address as Smith

may designate, or (3) the CM/ECF system of this Court if Smith appears by counsel.

**FURTHER ORDERED**, that if the Court, after review of the papers filed, determines that oral argument is appropriate, it will schedule the same.

**FURTHER ORDERED**, that if Respondent fails to file opposing papers and/or appear at the scheduled hearing, the Court may find Respondent in default and enter an appropriate order against such party at such time without further notice being given

**SO ORDERED.**

Dated: February 1, 2018

_____
UNITED STATES DISTRICT JUDGE